## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

*In re C. R. Bard, Inc.*
*Pelvic System Products Liability Litigation*
*MDL No. 2187*

Civil Action No. 2:14-cv-10353

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2187 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    Leslie Williams

2. Plaintiff Husband

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A

4. State of Residence

    Pennsylvania

5. District Court and Division in which action is to be filed upon transfer from the MDL.

    Middle District of Pennsylvania, Scranton Division

6. Defendants (Check Defendants against whom Complaint is made):

    ☑ A. C. R. Bard, Inc. ("Bard")

    ☑ B. Sofradim Production SAS ("Sofradim")

Revised: 11/6/13

    ☑    C. Tissue Science Laboratories Limited ("TSL")

    ☐    D. Ethicon, Inc.

    ☐    E. Ethicon, LLC

    ☐    F. Johnson & Johnson

    ☐    G. American Medical Systems, Inc. ("AMS")

    ☐    H. Boston Scientific Corporation

    ☐    I. Mentor Worldwide LLC

    ☐    J. Coloplast Corp.

    ☐    K. Cook Incorporated

    ☐    L. Cook Biotech, Inc.

    ☐    M. Cook Medical, Inc.

7. Basis of Jurisdiction

    ☑    Diversity of Citizenship

8.

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6, 7 and 8.

    b. Other allegations of jurisdiction and venue

    Pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multi-District Litigation created

    MDL 2187 to be presided over by the Hon. Joseph Goodwin of the Southern District of

    West Virginia.

9. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ A. The Align Urethral Support System;
- ☐ B. The Align TO Urethral Support System;
- ☐ C. The Avaulta Anterior BioSynthetic Support System;
- ☐ D. The Avaulta Posterior BioSynthetic Support System;
- ☐ E. The Avaulta Plus Anterior Support System;
- ☐ F. The Avaulta Plus Posterior Biosynthetic Support System;
- ☐ G. The Avaulta Solo Anterior Synthetic Support System;
- ☐ H. The Avaulta Solo Posterior Synthetic Support System;
- ☐ I. The InnerLace BioUrethral Support System;
- ☑ J. The Pelvicol Acellular Collagen Matrix;
- ☐ K. The PelviLace BioUrethral Support System;
- ☐ L. The PelviLace TO Trans-obturator BioUrethral Support System;
- ☐ M. The PelviSoft Acellular Collagen BioMesh;
- ☑ N. The Pelvitex Polypropylene Mesh;
- ☐ O. The Uretex SUP Purbourethral Sling;
- ☐ P. The Uretex TO Trans-obturator Urethral Support System;
- ☐ Q. The Uretex TO2 Trans-obturator Urethral Support System; and
- ☐ R. The Uretex TO3 Trans-obturator Urethral Support System.
- ☐ S. Other

_____

_____

3

10. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

- ☐ A. The Align Urethral Support System;
- ☐ B. The Align TO Urethral Support System;
- ☐ C. The Avaulta Anterior BioSynthetic Support System;
- ☐ D. The Avaulta Posterior BioSynthetic Support System;
- ☐ E. The Avaulta Plus Anterior Support System;
- ☐ F. The Avaulta Plus Posterior Biosynthetic Support System;
- ☐ G. The Avaulta Solo Anterior Synthetic Support System;
- ☐ H. The Avaulta Solo Posterior Synthetic Support System;
- ☐ I. The InnerLace BioUrethral Support System;
- ☑ J. The Pelvicol Acellular Collagen Matrix;
- ☐ K. The PelviLace BioUrethral Support System;
- ☐ L. The PelviLace TO Trans-obturator BioUrethral Support System;
- ☐ M. The PelviSoft Acellular Collagen BioMesh;
- ☑ N. The Pelvitex Polypropylene Mesh;
- ☐ O. The Uretex SUP Purbourethral Sling;
- ☐ P. The Uretex TO Trans-obturator Urethral Support System;
- ☐ Q. The Uretex TO2 Trans-obturator Urethral Support System; and
- ☐ R. The Uretex TO3 Trans-obturator Urethral Support System.
- ☐ S. Other

_____

_____

4

11. Date of Implantation as to Each Product

September 24, 2002 (Pelvicol)

November 29, 2005 (Pelvitex)

12. Hospital(s) where Plaintiff was implanted (including City and State)

Bayview Med. Ctr., Baltimore, MD

Morristown Mem. Hosp. Morristown NJ

13. Implanting Surgeon(s)

Geoffrey Cundiff, MD (09/24/02)

Patrick Culligan, MD (11/29/05)

14. Counts in the Master Complaint brought by Plaintiff(s)

- ☑ Count I
- ☑ Count II
- ☑ Count III
- ☑ Count IV
- ☑ Count V
- ☑ Count VI
- ☐ Count VII (by the Husband)
- ☑ Count VIII
- ☐ Other _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

                                            s/ /s/ J. Gerard Stranch, IV
                                                                     Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

BRANSTETTER, STRANCH & JENNINGS, PLLC
J. Gerard Stranch, IV (TN # 023045)
gerards@branstetterlaw.com
227 Second Avenue North
4th Floor
Nashville, TN 37201
Tel: (615) 254-8801
Fax: (615) 250-3937

DOYLE LOWTHER LLP
William J. Doyle II (CA #188069)
bill@doylelowther.com
Chris W. Cantrell (AL #ASB-1500-R80C)
ccantrell@doylelowther.com
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
Tel: (858) 935-9960
Fax: (858) 939-1939